# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROBERT EDWARD BARRETT,<br>    Petitioner,<br>    v.<br>A.A. LARMARQUE, Warden,<br>    Respondent. | Case No. CV 04-2542-MMM (MLG)<br><br>JUDGMENT |

Pursuant to the opinion of the United States Court of Appeals for the Ninth Circuit in *Barrtt v. LaMarque*, Case No. 07-56254, (9th Cir. My 14, 2009), IT IS ADJUDGED that the petition is denied with prejudice.

Dated: February 3, 2010

                                              */s/ Margaret M. Morrow*
                                              Margaret M. Morrow
                                              United States District Judge